1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ARMANDO ALVAREZ-SANCHEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )   No. 1:06-cr-0261 OWW
                                        )
12         Plaintiff,                   )   STIPULATION TO VACATE MOTIONS
                                        )   SCHEDULE TO BE RESET BY COURT; AND
13    v.                                )   CONTINUE STATUS CONFERENCE; AND
                                        )   PROPOSED ORDER THEREON
14  ARMANDO ALVAREZ-SANCHEZ,            )
     (aka: Armando Sanchez-Alvarez)     )   Date: January 30, 2007
15                                      )   Time: 9:00 a.m.
           Defendant.                   )   Dept : Hon. Oliver W. Wanger
16  _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18  attorneys of record herein, that the Motions Schedule, in the above captioned matter, is hereby vacated, to

19  be **reset by the Court**.

20         IT IS FURTHER STIPULATED by and between the parties hereto, that the Status Conference

21  hearing, in the above captioned matter, scheduled for  January 2, 2007, may be continued to **January 30,**

22  **2007 at 9:00 a.m.**

23         The parties agree that the delay resulting from the continuance shall be excluded in the interests of

24  justice, including but not limited to, the need for the period of time set forth herein for further defense

25  ///

26  ///

27  ///

28  ///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  December 28, 2006     McGREGOR W. SCOTT
United States Attorney


/s/ Kevin P. Rooney for
KAREN A. ESCOBAR
Assistant U.S. Attorney
Attorney for Plaintiff


DATED: December 28, 2006     DANIEL J. BRODERICK
Federal Defender


/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   January 2, 2007**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Schedule to be Reset by
Court; and Continue Status Conference                2