DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARMANDO ALVAREZ-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> v. <br> ARMANDO ALVAREZ-SANCHEZ, <br> (aka: Armando Sanchez-Alvarez) <br> *Defendant.* | No. 1:06-cr-0261 LJO <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; ORDER <br><br> Date: August 24, 2007 <br> Time: 9:00 a.m. <br> Dept : Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now set for July 13, 2007, **may be continued to August 24, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow the parties additional time prior to the sentencing hearing. This time is needed for the following reasons: counsel for defendant has a sentencing evidentiary hearing scheduled on Friday, July 13, 2007, which will take the entire day on a case which has been pending sentencing the last 16 months; and, the parties in this instant proceeding need to conduct a "safety valve" interview pursuant to 18 U.S.C. § 3553 (f) which will significantly affect the defendant's sentence. The interview involves co-ordination with both parties and agents for the government. Additionally, both counsel will be unavailable during the period of August 6 through August 17, 2007. August 24, 2007 is the next available date when the interview will be completed and the parties available for sentencing.

As the matter involves sentencing, no time waiver is necessary.

McGREGOR W. SCOTT
United States Attorney

DATED: July 5, 2007

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: July 5, 2007

/s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
Armando Alvarez-Sanchez

FOR THE REASONS GIVEN IN THE STIPULATION, THE COURT FINDS GOOD CAUSE TO CONTINUE THE SENTENCING TO THE DATE REQUESTED, AUGUST 24, 2007 AT 9 A.M.

IT IS SO ORDERED.

**Dated:    July 5, 2007**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Sentencing
Hearing; [Proposed] Order                 2